## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| In re: | |
|---|---|
| Proceedings to Enforce Fed. R. Bankr. P. 9036 | Misc. Proceeding No.: 24-306 |

### ORDER REQUIRING COMENITY BED BATH AND BEYOND TO APPEAR THROUGH COUNSEL AT A STATUS CONFERENCE VIA ZOOMGOV

The Administrative Office of the United States Courts has advised the Court that Comenity Bed Bath and Beyond has been designated as a high-volume paper-notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036. A high-volume paper-notice recipient is currently defined as an entity that has been mailed 25 or more notices in any calendar month by the Bankruptcy Noticing Center. Federal Rule of Bankruptcy Procedure 9036 mandates that high volume recipients (with limited exceptions) must receive electronic notices.

The Administrative Office of the United States Courts has advised the Court that Comenity Bed Bath and Beyond has failed to register to receive electronic bankruptcy notices.

On **December 11, 2024, at 1:30 PM** via ZoomGov, the Court will conduct a status conference to determine what action should be taken to compel (if necessary) Comenity Bed Bath and Beyond to comply with Federal Rule of Bankruptcy Procedure 9036. **See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

Comenity Bed Bath and Beyond is ordered to appear at the status conference through counsel. Counsel should be prepared to advise the Court on the steps that Comenity Bed Bath and Beyond is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036.[1]

In lieu of attendance at the scheduled status conference Comenity Bed Bath and Beyond may complete and file **Exhibit A**, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity.[2] Alternatively Comenity Bed Bath and Beyond may complete and file **Exhibit B**, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center. Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status

---

[1] In addition to any appropriate sanctions, failure to comply with this Order or register for electronic noticing will result in the cessation of paper noticing from the U.S. Bankruptcy Courts and the creation of an electronic account for you by the Bankruptcy Noticing Center, as set forth in Exhibit B.

[2] Registration for electronic bankruptcy noticing is at the following web site: https://bankruptcynotices.uscourts.gov/register.

conference.

The Clerk will serve this on Comenity Bed Bath and Beyond by United States Mail and file a Certificate of Service.

Dated this 18th day of November, 2024, at New Haven, Connecticut.



Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut

## ZOOMGOV CONNECTION INSTRUCTIONS

Important Policy Notice to the Bar, Public, and Media Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screenshots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

## ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address:
**CalendarConnect_NH@ctb.uscourts.gov**

If you do not have an email address, you may call the Clerk's Office at (203) 773-2009 for the instructions.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the "Procedures and Instructions for Remote Appearances using ZoomGov" on our website at www.ctb.uscourts.gov.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| In re:<br><br>Proceedings to Enforce<br>Fed. R. Bankr. P. 9036 | Misc. Proceeding No.: 24-306 |
|---|---|

**STATEMENT CONFIRMING REGISTRATION FOR**
**ELECTRONIC BANKRUPTCY NOTICING**

This Statement is filed on behalf of Comenity Bed Bath and Beyond ("Entity").

The Entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The Entity identified above registered for electronic bankruptcy noticing on _____. The Entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the Entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the Entity identified above.

Signature: _____
Typed Name: _____
Title: _____
Name of Entity that
is filing this exhibit: _____
Business Address: _____
                   _____
                   _____
                   _____
Phone Number: _____
Email Address: _____

Date: _____

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| In re:<br><br>Proceedings to Enforce<br>Fed. R. Bankr. P. 9036 | Misc. Proceeding No.: 24-306 |
|---|---|

### STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT CREATED BY THE BANKRUPTCY NOTICING CENTER

This Statement is filed on behalf of Comenity Bed Bath and Beyond ("Entity").

The Entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The Entity identified above is aware that, beginning on **January 21, 2025**, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The Entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the Entity by the Bankruptcy Noticing Center. The Entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the Entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the Entity identified above.

Signature: _____
Typed Name: _____
Title: _____
Name of Entity that
is filing this exhibit: _____
Business Address: _____
_____
_____
_____
Phone Number: _____
Email Address: _____

Date: _____